UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

Case No. 11-04620-8-SWH

Kenneth Edward English
Tina King English,

Debtor(s)

<u>Response to Motion to Dismiss</u>

NOW COME THE DEBTORS, through counsel, and hereby respond to the Motion to Dismiss filed by Richard M. Stearns, Chapter 13 Trustee, on or about July 31, 2015, as follows:

**Debtor(s) request a hearing in this matter.**

WHEREFORE, Debtor(s) pray that the Court deny the Trustee's Motion to Dismiss and schedule a hearing in the cause.

Dated: August 19, 2015

/s/ Anthony L. Register
Anthony L. Register
Attorney at Law
Alley, Register & McEachern
701 North Fourth Street
Wilmington, North Carolina  28401
Telephone (910) 251-0103
Facsimile (910) 251-0209

Certificate of Service

I hereby certify that a copy of the foregoing response was served on the following person electronically:

Richard M. Stearns
Chapter 13 Trustee

Dated: August 19, 2015

/s/Kimberly L. Price
Kimberly L. Price